UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERICKA BRUCE,
        Plaintiff,

vs.

SUNTRUST MORTGAGE, INC.,
        Defendant.

CIVIL ACTION FILE

NO. 1: 10-cv-0657-JEC

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, on behalf of the Magistrate Judge's Final Report and Recommendation to Dismiss plaintiff's complaint as frivolous and the Court having adopted said recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous pursuant to U.S.C. 1915(e)(2)(B)(ii).

Dated at Atlanta, Georgia, this 14th day of May,  2010.

JAMES N. HATTEN
CLERK OF COURT

By:   *s/Frances K. Pinckney*
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 17, 2010
James N. Hatten
Clerk of Court

By: *s/ Frances K. Pinckney*
      Deputy Clerk